# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON BOWER, | Case No. 1:15-cv-00079---SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (ECF No. 4) |
| FOSTER FARMS, | |
| Defendant. | |

On January 16, 2015, Plaintiff Baron Bower ("Plaintiff") filed the complaint in this action. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day. (ECF No. 2.) On January 22, 2015, Plaintiff application was denied without prejudice and he was ordered to file a long form application in forma pauperis. Plaintiff filed a second application to proceed in forma pauperis on February 9, 2015. (ECF No. 4.)

In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

1

1  Plaintiff's application states that his three children depend upon Plaintiff for support. The 2015 Poverty Guidelines for the 48 contiguous states for a household of five is $28,410.00. 2015 Poverty Guidelines, http://aspe.hhs.gov/poverty/15poverty.cfm (last visited January 21, 2015).

Plaintiff states that he receives $2,083.00 per month from retirement and disability payments. Plaintiff's wife receives $2,750.00 per month income from her employment. This amounts to $57,996.00 per year. Plaintiff also indicated that he and his wife are owed over $6 million dollars from Foster Farms. Further, the Court notes that Plaintiff has received a settlement from Foster Farms in a prior action.

Plaintiff's application to proceed in forma pauperis demonstrates that Plaintiff is able to pay the $400.00 filing fee in this action as his reported annual income is significantly higher than the 2015 Poverty Guidelines.

Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma pauperis under 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee within thirty (30) days. If the filing fee is not paid within thirty (30) days, this action will be dismissed.

IT IS SO ORDERED.

Dated: __February 11, 2015__

UNITED STATES MAGISTRATE JUDGE