UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON BOWER, | No. 1:15-cv-00079-GEB-SAB |
| Plaintiff, | |
| v. | **ORDER** |
| FOSTER FARMS, | |
| Defendant. | |

Since Plaintiff is proceeding *in pro per*, this case is referred to the assigned magistrate judge under Local Rule 302(c)(21), based on the concurrence of the assigned Magistrate Judge.

Dated:  March 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1