# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON BOWER, | Case No. 1:15-cv-00079-GEB-SAB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR IN CAMERA REVIEW AND GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO PAY THE FILING FEE |
| v. | |
| FOSTER FARMS, | |
| Defendant. | (ECF No. 18) |
| | PAYMENT DUE APRIL 1, 2015 |

Plaintiff Baron Bower ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on January 16, 2015. (ECF No. 1.) The Court recommended on March 11, 2015, that Plaintiff's application to proceed in forma pauperis be denied and he is to pay the filing fee or file objections within fourteen days. On March 19, 2015, the Court issued findings and recommendations that Defendant's motion to dismiss be granted without leave to amend. On this same date, Plaintiff filed a motion to review the unredacted settlement agreement and requested that he be granted until April 1, 2015 to pay the filing fee in this action.

Initially, the Court shall grant Plaintiff's request to have an extension to pay the filing fee in this action.

Plaintiff also seeks in camera review of the unredacted settlement agreement that was filed with Defendant's motion to dismiss "to enable [him] to ascertain value." (ECF No. 18 at

1

1.) To the extent that Plaintiff is seeking to examine the document without redaction, "in camera review means that the judge may, in private, without others present," read records which are in dispute. 1 Fed. Info. Discl. § 8:26. Documents that are not subject to privilege may be obtained by a plaintiff by means of a proper discovery request. Plaintiff's request to review the settlement in camera is denied.

To the extent that Plaintiff requests the Court to conduct an in camera review of the settlement agreement as proffered by Defendant in the motion to dismiss, the Court took judicial notice of the unredacted settlement agreement which he filed in Bower v. Foster Farms Dairy, 1:07-cv-0917-LJO-SMS. (Findings and Recommendations Recommending Granting Defendant's Motion to Dismiss 4 n.2, ECF No. 17.) The Court did not find it necessary to review the settlement agreement in camera to decide the motion to dismiss.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's request to review the settlement request in camera is DENIED;
2. Plaintiff's request for an extension of time to April 1, 2015 to pay the filing fee is GRANTED; and
3. Plaintiff is advised that failure to pay the filing fee or file objections in compliance with this order and the March 11, 2015 findings and recommendation will result in this action being dismissed.

IT IS SO ORDERED.

Dated:  **March 23, 2015**

UNITED STATES MAGISTRATE JUDGE