# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARON BOWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOSTER FARMS,<br><br>　　　　　Defendant. | Case No.  1:15-cv-00079-GEB-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND GRANTING EXTENSION OF TIME TO PAY FILING FEE<br><br>(ECF Nos. 12, 22)<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Plaintiff Baron Bower ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on January 16, 2015.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 13.)

　　　　On March 11, 2015, a findings and recommendations issued recommending denying Plaintiff's application to proceed in form pauperis.  (ECF No. 12.)  Plaintiff was directed to file objections to the findings and recommendations or pay the filing fee within fourteen days. Plaintiff filed a motion for an extension of time to pay the filing fee.  (ECF No. 18.)  On March 23, 2015, Plaintiff was granted an extension of time to pay the filing fee.  (ECF No. 19.)  On April 6, 2015, Plaintiff was granted a second extension of time to pay the filing.  (ECF No. 21.) On April 13, 2015, Plaintiff requested a third extension of time to pay the filing fee in this action. (ECF No. 22.)

1

1        The Court shall grant Plaintiff one final extension of time to pay the filing fee. If
2 Plaintiff fails to pay the filing fee in compliance with this order, this action will be dismissed
3 without further notice for failure to pay the filing fee.
4        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted
5 a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the
6 findings and recommendations to be supported by the record and by proper analysis.
7        Accordingly, IT IS HEREBY ORDERED that:
8    1.   The findings and recommendations, filed March 11, 2015, is adopted in full;
9    2.   Plaintiff's application to proceed in forma pauperis in this action is denied;
10   3.   Within twenty-one days from the date of service of this order, Plaintiff shall pay
11        the $400.00 filing fee in full; and
12   4.   Failure to pay the filing fee in compliance with this order will result in this action
13        being dismissed for failure to pay the filing fee.

Dated:  April 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge